Registered Mail No. ~~~~~~

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
OCT 0 3 2022
At _____ M
GARY ___, CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

:Sean-Loren: Hadley, sui Juris,
        Petitioner

v.

Jason C. Custer, Majistrate,
   Allen Superior Court,
and Allen County Sheriff's Dept.,
        Respondents

Cause No. __1:22CV337__

EMERGENCY 28 U.S.C. §2241 PETITION FOR
WRIT OF HABEAS CORPUS AND COMPLAINT
FOR INJUNCTIVE RELIEF

   Comes now :Sean-Loren: Hadley, sui juris, and hereby moves that this honorable Court would review his current state of incarceration and grant an order for immediate release as proper relief, as said incarceration is unlawful in numerous regards.
   In support of this petition, Hadley would offer the following:

   1. Plaintiff Hadley is presently being held, under color of law, as a "pre-trial detainee" in the Allen County Jail, in Fort Wayne, Indiana.

   2. Said custody is in blatant violation of both Hadley's

5th Amendment Due Process Constitutional Rights, and protections guaranteed under treaty, as a Foreign National/American State National.

3. Petitioner is ordered to be held without bond until such time as trial, or other resolution of his case.

## Facts of the Case

Petitioner Hadley has been a Foreign National/American State National, as recognized under the Foreign Sovereign Immunities act, since early 2021

Petitioner Hadley, who lives on the Land of Fort Wayne Indiana, has travelled daily on the streets of Fort Wayne since that time with a diplomatic plate on his car, without issue or incident with any law enforcement.

On July 7th, 2022, Petitioner presented a strong case in Allen Superior Court's Small Claims Court, where he had a $10,000.00 Claim against Fort Wayne Code Enforcement for unlawfully seizing his pickup truck and destroying it. At the conclusion of said trial he was told the matter would be "taken under consideration."

One major component of Petitioner's argument at this Small Claims trial was the inapplicability of state codes, cited as legal basis for the seizure of his property, to him, as a non-resident alien.

3 days later, on the evening of July 10th, 2022, Hadley was stopped in his car by Fort Wayne Police Department

for not having a State-issued commercial registration plate affixed, where his diplomatic plate gave lawful notice of both his political status **and** the private/non-commercial nature of his automobile.

After protesting that no license, registration, or State-issued plates are required unless one is acting in a commercial capacity/driving -as opposed to travelling, Petitioner was dragged from his car, thrown to the ground, and arrested for "Driving While Suspended" and a couple other traffic infractions.

There is **nothing** in the charging information or probable cause Affidavit/Police Report to even **imply** Petitioner was acting in a commercial capacity, much less anything that indicates he was likely doing so.

Since the initial hearing, Petitioner Hadley has challenged the Allen Superior Court's corporate Maritime/Admiralty jurisdiction at **every** possible point, including filing a Jurisdictional Challenge **and** a challenge to the 12 Presumptions of Law in the UNIDROIT courts, all to no avail.

There is no judicial discretion to ignore a challenge of jurisdiction. Once a question of jurisdiction is raised it must be addressed and proven.

Both the challenge to jurisdiction **and** the challenge to the 12 presumptions of law pleadings each had documentary evidence of Petitioner's Foreign National status attached.

Petitioner's "own recognizance" release has been revoked

for failure to appear. A warrant was issued, and he was arrested.

Plaintiff Hadley can access neither the wet-ink originals or photocopies of his documentation, in his current state of incarceration, to include with this Petition, though a copy of the entire case file in this matter may be ordered from the Allen Superior Court's Misdemeanor and Traffic Division as STATE OF INDIANA v. SEAN L. HADLEY Cause No. 02D05-2207-CM-002263

## ARGUMENT FOR RELIEF

Where 18 USC 31(a) (6) & (10) is applicable to all 50 states by way of the Supremacy Clause, Art. 6, Clause 2 of the Constitution for the united states of America, and clearly defines a Motor Vehicle as something used for commercial purposes, specifically, Indiana's Title 9 -Motor Vehicle Code cannot apply to private personal conveyances that display Notice of their private non-commercial nature. Petitioner, therefore, cannot lawfully be held to account for "Driving" a "Motor Vehicle" in this case without at least some allegation that he was "operating" a "Motor Vehicle" **in commerce.**

The documentary evidence attached to Petitioner Hadley's pleadings in the matter included Acts of Expatriation, Paramount Claim of the Life and the Estate, Notice of re-

cancellation of all prior powers of Attorney, Certificate of Assumed Name/Notice of Transfer of Reserved Name, Acknowledgement, Acceptance, and Deed of Reconveyance, and Mandatory Notice of Liability, which demonstrate clearly that he is not a U.S. citizen and has no contractual nexus with STATE OF INDIANA or ALLEN SUPERIOR COURT.

The Magistrate hearing this case seems obnoxiously arrogant and obstinant, as he acknowledges or honors nothing Petitioner says in his own defense, acts as though he's personally offended that Petitioner should have the audacity to challenge jurisdiction, and sentenced Hadley to 7 days already for "contempt" merely for stating there's "no contract" and he "does not consent."

Petitioner strongly believes there is a conspiracy afoot between the ALLEN SUPERIOR Court system and Fort Wayne Police Dept. to force him into some submission to/admission of their corporate jurisdiction, as a means to deny him relief in his Small Claims case, which is "somehow" still pending a decision after more than 2 months. He is being outrageously railroaded and politically attacked.

Petitioner prays this honorable Court would grant his immediate release in this matter, and any/all other relief just and proper in same.

**Further Petitioner Hadley sayeth naught.**

Date: September 28th, 2022    by: All Rights Reserved, :Sean-Loren: Hadley ©
                                  Without Prejudice - Without Recourse

:Sean-Loren: Hadley ©
c/o Allen County Jail
417 S. Calhoun St.
Ft. Wayne, Indiana
[46802]

## AFFIRMATION

I, :Sean-Loren: Hadley, hereby swear and affirm under penalty of perjury in the Public Law that all facts and claims set forth in this Emergency 28 U.S.C. 2241 Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief are true and correct to the best of my knowledge and belief.

Date: September 28th, 2022    by: All Rights Reserved, :Sean-Loren: Hadley ©
                                  Without Prejudice - Without Recourse

:Sean-Loren: Hadley ©
c/o Allen County Jail
417 S. Calhoun St.
Fort Wayne, Indiana
[46802]

## CERTIFICATE OF SERVICE

I, :Sean-Loren: Hadley, hereby swear and affirm under the penalties for perjury under Public Law that I forwarded a true an correct copy of the foregoing Emergency 28 U.S.C. 2241 Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief to both the Allen Superior Court - Misdemeanor & Traffic Division, Bud Meek Justice Cntr., 101 E. Superior St, Fort Wayne, IN, 46802, Attn: Magistrate Jason C. Custer, and the Allen County Sherriff's Dept., Attn. Sheriff David Gladieux, 417 S. Calhoun St. by 1st class mail, usps, on this 28th day of September, 2022.

Date: 9/28, 2022                by: All Rights Reserved, :Sean-Loren: Hadley©
                                    Without Prejudice- Without Recourse

                                    :Sean-Loren: Hadley ©
                                    c/o Allen County Jail
                                    417 S. Calhoun St.
                                    Fort Wayne, Indiana
                                                    [46802]

## NOTARY

Indiana State )
Allen County  )

I, the undersigned Notary, affirm and certify that on this __28__ day of September, 2022, the man known to me as :Sean-Loren: Hadley appeared before and did affix his autograph to this Emergency 28 U.S.C. § Petition for Writ of Habeas Corpus and Complaint for Injunctive Relief by his own.

Date: 9/28/22    Notary Krystal P_____

My Commission expires on: 07/26/2029

Seal: [KRYSTAL PFIESTER, NOTARY PUBLIC SEAL, Allen County, STATE OF INDIANA, Commission Number NP0735047, My Commission Expires 07-26-2029]

Pg. 7 of 7