UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SEAN L. HADLEY, | |
| Petitioner, | |
| v. | CAUSE NO. 1:22-CV-337-HAB-SLC |
| SHERIFF, | |
| Respondent. | |

## ORDER

Sean L. Hadley, a prisoner without a lawyer, filed a habeas petition pursuant to 28 U.S.C. § 2251 to challenge his pretrial detention in the Allen County Jail on a criminal charge of driving while suspended. Pursuant to Section 2254 Habeas Corpus Rule 4, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

Hadley's claims rely solely on sovereign citizen theories in which he represents that he is a "Foreign National/American State National" rather than a United States citizen and that, as a result, Indiana motor vehicle laws do not apply to him, and Indiana courts lack jurisdiction over him. These theories are legally frivolous, and the court will not further consider them. *See United States v. Benabe*, 654 F.3d 753, 767 (7th Cir. 2011) ("These theories should be rejected summarily, however they are presented."). Because the petition includes no cognizable claims for habeas relief, this case is dismissed.

Pursuant to Habeas Corpus Rule 11, the court must consider whether to grant or deny a certificate of appealability. To obtain a certificate of appealability under 28 U.S.C. § 2253(c), the petitioner must make a substantial showing of the denial of a constitutional right by establishing "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons explained in this order, there is no basis for encouraging Hadley to proceed further.

For these reasons, the court:

(1) DENIES the habeas corpus petition pursuant to Section 2254 Habeas Corpus Rule 4;

(2) DENIES Sean L. Hadley a certificate of appealability pursuant to Habeas Corpus Rule 11; and

(3) DIRECTS the clerk to enter judgment in favor of the Sheriff and to close this case.

SO ORDERED on October 5, 2022.

s/Holly A. Brady  
JUDGE HOLLY A. BRADY  
UNITED STATES DISTRICT COURT