AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SEAN L HADLEY
*:Sean-Loren: Hadley, sui Juris*
    Petitioner

v.   Civil Action No. 1:22-cv-337

SHERIFF, *Allen County Jail*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: The Petition for Writ of Habeas Corpus is DENIED pursuant to Section 2254 Habeas Corpus Rule 4. Petitioner is DENIED a certificate of appealability pursuant to Habeas Corpus Rule 11.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Holly A Brady on Petition for Writ of Habeas Corpus

DATE:  10/5/2022          GARY T. BELL, CLERK OF COURT

by   s/S. Kowalsky
*Signature of Clerk or Deputy Clerk*